No. 667, Misc. ANDREWS *v.* FIELD, MENS COLONY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 675, Misc. HILL *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 679, Misc. DUMAS *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 676, Misc. BANKS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 687, Misc. FALGOUT *v.* TRUJILLO, SHERIFF, ET AL. C. A. 10th Cir. Certiorari denied.

No. 251, Misc. BANKS *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Albert Datz* for petitioner. *Earl Faircloth,* Attorney General of Florida, and *Wallace E. Allbritton,* Assistant Attorney General, for respondent.

No. 564. GEAREY *v.* UNITED STATES, *ante,* p. 959;
No. 168, Misc. ELLIOTT, ADMINISTRATOR *v.* SIERZENGA ET AL., *ante,* p. 910;
No. 452, Misc. GILDAY *v.* MASSACHUSETTS, *ante,* p. 916; and
No. 577, Misc. JONES *v.* REAGAN, GOVERNOR OF CALIFORNIA, ET AL., *ante,* p. 894. Petitions for rehearing denied.

No. 271, Misc. SMITH *v.* KANSAS, *ante,* p. 871. Motion for leave to file petition for rehearing denied.